**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY -2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ADAM ORTBERG,
2108 4th St., NE
Washington, DC 20002,

   PLAINTIFF
vs.

UNITED STATES,
950 Pennsylvania Ave., NW
Washington, DC 20530,

   DEFENDANT

Case: 1:12-cv-00709
Assigned To: Huvelle, Ellen S.
Assign. Date: 05/02/2012
Description: PI/Malpractice

## COMPLAINT

### THE PARTIES

1.  Plaintiff Adam Ortberg is a citizen of the District of Columbia residing at 2108 4th St, NE.

### JURISDICTION AND VENUE

2.  This action arises under the Federal Tort Claims Act.

3.  This Court has jurisdiction over the parties and subject matter pursuant to 28 USC § 1346(b).

4.  Venue is proper in this district pursuant to 28 USC § 1402 because Plaintiff resides in the District and because the act or omission giving rise to this suit arose in the District.

**RECEIVED**

APR 24 2012

Clerk, U.S. District and
Bankruptcy Courts

1

## STATEMENT OF FACTS

5. On March 2, 2011, Plaintiff was arrested by United States Secret Service officers outside the W Hotel at 515 5th St., NW after he had been protesting inside the hotel and a hotel employee called 911.

6. On information and belief, neither the United States Secret Service nor any other police agency operating within the District obtained a warrant for Plaintiff's arrest.

7. Plaintiff's arrest was for simple assault and unlawful entry.

8. The alleged crimes committed by Plaintiffs are misdemeanors and were not committed in the presence of the United States Secret Service.

9. The United States Secret Service officers who arrested Plaintiff had no reason to believe that if they had to wait to obtain a warrant they would not be able to apprehend Plaintiff later, that Plaintiff would cause injury to others, or that Plaintiff would tamper with, dispose of, or destroy evidence. Indeed, from the time the Secret Service arrived until Plaintiff was arrested, Plaintiff was simply standing on the sidewalk.

10. Thus, under 18 USC § 3056 and D.C. Code § 23-581, the warrantless arrest of Plaintiff was illegal.

11. Plaintiff, through counsel, submitted an SF-95 to the United States Secret Service claiming $25,000 in damages arising out of his arrest, and his claim was rejected.

## COUNT I:
## FALSE ARREST (FEDERAL TORT CLAIMS ACT)

12. This Count realleges and incorporates by reference all of the preceding paragraphs.

13. The United States is responsible for the acts of the arresting officers because those officers were acting within the scope of their duty for the United States Secret Service when they arrested Plaintiff.

14. Plaintiff was falsely arrested because the arresting officers were required to get a warrant before arresting him. The arresting officers' failure to obtain a warrant was in violation of 18 USC § 3056 and D.C. Code § 23-581.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Plaintiff's arrest was unlawful;

(2) Grant Plaintiff compensatory damages of $25,000; and

(3) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

*Rachael Moshman*

Rachael A.S. Moshman
2000 P St., NW
Suite 415
Washington, DC 20036
D.C. Bar #980349
(202) 441-1357
rachael@rasmlaw.com
*Counsel for Plaintiff*