UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM ORTBERG, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 12-0709 (ESH) |
| UNITED STATES, | ) |
| Defendant. | ) |

**CONSENT MOTION TO ENLARGE TIME TO FILE AN ANSWER
OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT**

On behalf of the United States, the undersigned counsel respectfully requests an extension of time until November 9, 2012, to file an Answer or other response to Plaintiff's complaint. In support hereof Defendant states the following:

1. It appears that Plaintiff commenced this action alleging claims under the Federal Tort Claims Act, 28 U.S.C. 2671, *et seq*. Defendant's Answer or other response to Plaintiff's complaint is due on October 9, 2012.

2. However, Defendant respectfully requests this extension of time to confer with Agency Counsel regarding Plaintiff's claims.

3. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel regarding this motion and she graciously consented to this request.

WHEREFORE, Defendant respectfully requests that this motion be granted. A Minute Order is respectfully requested.

October 9, 2012                              Respectfully submitted,

                                            RONALD C. MACHEN JR, D.C. BAR # 447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157

2

## **CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Defendant's Motion to Enlarge Time to be served upon Plaintiff's Counsel via ECF on this 9th day of October, 2012

   /s/
KENNETH ADEBONOJO
Assistant United States Attorney