**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADAM ORTBERG,** )<br>)<br>    **Plaintiff** )<br>) **Civil Action No. 12-0709 (ESH)**<br>        v. )<br>)<br>**UNITED STATES,** )<br>)<br>    **Defendant.** )<br>) | |

## ANSWER

On behalf of the United States of America ("Defendant), pursuant to Fed. R. Civ. P. 8(b), the undersigned counsel respectfully submit this Answer and defenses to the Complaint filed by Adam Ortberg ("Plaintiff") under the Federal Tort Claim Act, 28 U.S.C. § 2671, *et seq*. ("FTCA").

### FIRST DEFENSE

This complaint fails to state a claim upon which relief may be granted under the FTCA.

### SECOND DEFENSE

In response to Plaintiff's complaint, Defendant responds as follows:

#### THE PARTIES

1. Defendant admits that Plaintiff has represented that he is a citizen of the District of Columbia.

#### JURISDICTION AND VENUE

2. This paragraph contains Plaintiff's allegation of jurisdiction that is a legal conclusion for which no response is required.

3. This paragraph contains Plaintiff's allegation of jurisdiction that is a legal conclusion for which no response is required.

4. This paragraph contains Plaintiff's allegation of venue that is a legal conclusion for which no response is required.

## STATEMENT OF FACTS

5. Admitted.

6. Defendant is without sufficient knowledge to know whether other police agencies operating in the District of Columbia obtained a warrant for Plaintiff's arrest, but admits that the United States Secret Service did not obtain a warrant before Plaintiff's arrest.

7. Admitted.

8. Denied.

9. Denied.

10. This paragraph contains a legal conclusion for which no response is required. To the extent a response is required, this allegation is denied.

11. Admitted.

## COUNT I
## FALSE ARREST (FEDERAL TORT CLAIM ACT)

12. This paragraph incorporating the earlier paragraphs by reference does not require a response.

13. This paragraph is admitted only to the extent that the Secret Service Officers were acting within the scope of their duties, but denied to the extent that it suggests that the officers falsely arrested the Plaintiff.

14. Denied.

PRAYER FOR RELIEF

This section contains Plaintiff's prayer for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

November 9, 2012                          Respectfully submitted,

                                          RONALD C. MACHEN JR, D.C. BAR # 447889
                                          United States Attorney
                                          for the District of Columbia

                                          DANIEL F. VAN HORN, D.C. Bar #924092
                                          Chief, Civil Division

                                          By:    /s/
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C. 20530
                                          (202) 514-7157

## **CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Defendant's Answer to Plaintiff's Complaint was served upon Plaintiff's Counsel via ECF on this 9th day of November, 2012

/s/
KENNETH ADEBONOJO
Assistant United States Attorney